DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

ATTORNEY FOR DEFENDANT: DAVID MAGLIO

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MAGLIO,<br><br>    Defendant. | CASE NO.  2:23-CR-243-TLN<br><br>**STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: September 12, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, David Maglio, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for disposition on September 12, 2024.

2. By this stipulation, the parties move to continue the Admit/Deny Hearing until October 3, 2024 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

  a) Counsel for defendant was appointed on August 30, 2024.

  b) Counsel for the defendant desires additional time to obtain, fully review and discuss the pertinent documents and records in this case with her client.

  c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

        d)      Neither the government nor Probation objects to the continuance.

IT IS SO STIPULATED.

| Dated: September 9, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | */s/ Robert Abendroth*<br>Robert Abendroth<br>Assistant United States Attorney |
| Dated: September 9, 2024 | */s/ Danica Mazenko*<br>Danica Mazenko<br>Counsel for Defendant<br>David Maglio |

## ORDER

IT IS SO FOUND AND ORDERED this 9th day of Sepember, 2024.

_____
Troy L. Nunley
United States District Judge