UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 31, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　DAVID MAGLIO,<br><br>　　　　　　Defendant. | Case No. 2:23-CR-00243-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DAVID MAGLIO,</u> Case No. 2:23-CR-00243-01-TLN, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

　　　_____   Release on Personal Recognizance

　　　_____   Bail Posted in the Sum of $ _____

　　　　　_____   Unsecured Appearance Bond $ _____

　　　　　_____   Appearance Bond with 10% Deposit

　　　　　_____   Appearance Bond with Surety

　　　　　_____   Corporate Surety Bail Bond

　　　　　  X    (Other): <u>TIME SERVED.</u>

Issued at Sacramento, California on October 31, 2024.

By: _____

Chief District Judge Troy L. Nunley