1  MICHELE BECKWITH
   Acting United States Attorney
2  EMILY G. SAUVAGEAU
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:22-CR-00243-TLN

12                    Plaintiff,
                                           FINAL ORDER OF FORFEITURE
13          v.

14  LOUIS DONALD MENDONSA,

15                    Defendant.

16

17       On or about June 10, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the

18  provisions of 18 U.S.C. § 2253(a), based upon the guilty plea entered by defendant Louis Donald

19  Mendonsa forfeiting to the United States the following property:

20          a.       Apple MacBook Pro laptop.

21       Beginning on June 12, 2024, for at least 30 consecutive days, the United States published notice

22  of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

23  Said published notice advised all third parties of their right to petition the Court within sixty (60) days

24  from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

25  interest in the forfeited property.

26       The Court has been advised that no third party has filed a claim to the subject property, and the

27  time for any person or entity to file a claim has expired.

28       Accordingly, it is hereby ORDERED and ADJUDGED:

                                            1

                                                            Final Order of Forfeiture

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Louis Donald Mendonsa.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 4th day of April, 2025.

_____
Troy L. Nunley
Chief United States District Judge

2

Final Order of Forfeiture