DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

Attorney for Defendant:

DAVID MAGLIO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00243-TLN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REGARDING CONTINUANCE OF BAIL REVIEW HEARING; ORDER** |
| DAVID MAGLIO, | |
| Defendant. | CURRENT DATE: May 12, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Chi Soo Kim |
| | PROPOSED NEW DATE: May 19, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Sean C. Riordan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, David Maglio, by and through defendant's counsel of record, hereby stipulate as follows:

1.  On April 17, 2025, Defendant admitted to Charge Three and denied Charge Four of the Violation Petition. (*See* ECF No. 32).

2.  By previous order, this matter was originally set for a Hearing on Motion for Bail Review on May 2, 2025 at 2:00 p.m. (ECF 35).

3.  The parties appeared on May 2, 2025, at which time, the Court denied without prejudice the motion, in order to allow defense counsel to file a supplemental brief with a viable release plan. (ECF 37). At that time, this matter was set for a Bail Review Hearing on May 12, 2025 at 2:00 p.m.

(ECF 37).

4. By this stipulation the parties now move to continue the currently scheduled Bail Review Motion Hearing to May 19, 2025.

5. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant is unavailable on May 12, 2025.

    b) Counsel for the government and the defense confirmed that the assigned United States Probation Officer does not object to the continuance.

6. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: May 9, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Rob Abendroth*
Rob Abendroth
Assistant United States Attorney

Dated: May 9, 2025

*/s/ Danica Mazenko*
Danica Mazenko
Counsel for Defendant
DAVID MAGLIO

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ___9th_____ day of May, 2025.

*Chi Soo Kim*
_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE