UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 19, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MAGLIO,

    Defendant.

Case No. 2:23-cr-00243-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID MAGLIO, Case No. 2:23-cr-00243-TLN, Charge 18 U.S.C. § 3606 from custody for the following reasons:

- [ ] Release on Personal Recognizance
- [ ] Bail Posted in the Sum of $ _____
  - [ ] Unsecured Appearance Bond $ _____
  - [ ] Appearance Bond with 10% Deposit
  - [ ] Appearance Bond with Surety
  - [ ] Corporate Surety Bail Bond
- [x] (Other): Released forthwith with terms of release as stated on the record and of the U.S. Probation Office.

Issued at Sacramento, California on May 19, 2025, at 2:45 PM.

By: /s/ Sean C. Riordan

Magistrate Judge Sean C. Riordan